AO 451  (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| IRAQ TELECOM LIMITED | ) |
| | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action  No.   24-cv-3728 |
| Sirwan Saber Mustafa, Korek Telecom Company LLC and Korek International (Management) Limited | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*      9/23/2024      .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:      2/26/25

*CLERK OF COURT*

/s/ *Steve Tomas*

*Signature of Clerk or Deputy Clerk*



**George Wylesol, Clerk of Court**
**U.S. District Court, Eastern District of PA**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IRAQ TELECOM LIMITED | Case No. 24-cv-03728 |
| v. | **FINAL JUDGMENT** |
| SIRWAN SABER MUSTAFA,<br>KOREK TELECOM COMPANY LLC, and<br>KOREK INTERNATIONAL (MANAGEMENT)<br>LIMITED | |

It is **ORDERED**, **ADJUDGED**, and **DECREED** that for the reasons stated in the Court's Memorandum entered August 23, 2024 (Dkt. 4), and as ordered on August 23, 2024 (Dkt. 5), the Motion to Confirm Foreign Arbitration Award of Applicant-Petitioner Iraq Telecom Limited against Intervenors Sirwan Saber Mustafa ("**Mr. Barzani**"), Korek Telecom Company LLC ("**Korek**"), and Korek International (Management) Limited ("**CS Ltd.**") is **GRANTED**.

The Arbitration Award (Dkt. 2 at 30-325) is in all things **CONFIRMED** and **ADOPTED** as a Judgment of this Court as authorized by 9 U.S.C. §§ 13 and 207.  A money judgment is entered as set forth in the Award (Dkt. 2 at 294-297) as follows:

I.        CS Ltd. and Mr. Barzani shall pay International Holdings Limited, on a joint and several basis, **$1,459,237,099.28**, which is the sum of:  (i) $1,329,004,217.00 in damages and pre-Award interest; (ii) $85,771,407.06 in post-Award interest on the amount in (i) at a rate of 6.45381% (equaling the three-month term Secured Overnight Financing Rate ("**SOFR**") on March 20, 2023 of 4.45381%, per the New York Federal Reserve website, plus 2% *per annum*) through March 20, 2024, on which date interest was compounded; and (iii) $44,461,475.22 in interest on the amounts in (i) and (ii) that accrued from March 20, 2024 through August 23, 2024 at a rate of

7.35300% (equaling the SOFR three-month term on March 20, 2024 of 5.35300%, per the New York Federal Reserve website, plus 2% *per annum*), in the per diem amount of $285,009.46.

II.    CS Ltd., Mr. Barzani, and Korek shall pay Iraq Telecom Limited, on a joint and several basis, **$351,704,177.24**, which is the sum of:

(A)    $329,914,473.93, which is the sum of (i) $300,470,518.00 in damages and pre-Award interest; (ii) $19,391,796.34 in post-Award interest on the amount in (i) at a rate of 6.45381% through March 20, 2024, on which date interest was compounded; and (iii) $10,052,159.59 in interest that has accrued at a rate of 7.35300% on the amounts in (i) and (ii) from March 20, 2024 through August 23, 2024, in the per diem amount of $64,436.92; and

(B)    $21,789,703.31, which is the sum of: (i) $19,934,489.30 for legal and arbitral fees; (ii) $1,320,356.91 in post-Award interest on the amount in (i) at a rate of 6.62348% (equaling the three-month term SOFR on the day after 30 days of the Award, *i.e.*, April 20, 2023, of 4.62348%, per the New York Federal Reserve website, plus 2% *per annum*) through April 20, 2024, on which date interest was compounded; and (iii) $534,857.10 in interest that has accrued on the amounts in (i) and (ii) from April 20, 2024 through August 23, 2024 at a rate of 7.34789% (equaling the SOFR three-month term on April 19, 2024 of 5.34789%, per the New York Federal Reserve website, plus 2% *per annum*) in the per diem amount of $4,278.86.

International Holdings Limited and Iraq Telecom Limited are hereby awarded and shall recover interest on the sums above, in accord with 28 U.S.C. § 1961(a)-(b), at 4.46%, computed daily and compounded annually from August 23, 2024 until the Judgment is satisfied in full, including all interest owed thereon.

2

This is **FINAL JUDGMENT**.

The Clerk of Court is **DIRECTED** to enter **JUDGMENT** and mark this matter **CLOSED**.

**IT IS SO ORDERED.**

       **SIGNED** on this 20th day of September, 2024.



CLERK'S OFFICE
TRUE COPY CERTIFIED FROM THE RECORD

Dec/23/2024

By: s/ *Ann Murphy*

**Deputy Clerk, U.S. District Court**
**Eastern District of Pennsylvania**

                                     s/ *R. Barclay Surrick*

The Honorable R. Barclay Surrick
United States District Judge