**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IRAQ TELECOM LIMITED,

          *Plaintiff*,

          -v-

SIRWAN SABER MUSTAFA, KOREK
TELECOM COMPANY LLC, AND KOREK
INTERNATIONAL (MANAGEMENT)
LIMITED,

          *Defendants,*

and

IBL BANK S.A.L.,

          *Garnishee*.

Case No. 1:25-mc-00077-DEH

**NOTICE OF PLAINTIFF'S**
**MOTION FOR TURNOVER ORDER**
**AGAINST IBL BANK S.A.L.**

---

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiff Iraq Telecom Limited's Motion for Turnover Order Against IBL Bank S.A.L. (the "**Motion**") and the Declaration of Kristin N. Tahler executed on October 20, 2025, together with all exhibits thereto, Plaintiff Iraq Telecom Limited, by and through its undersigned counsel, will move this Court, before the Hon. Dale E. Ho, United States District Court Judge, at the Thurgood Marshall Courthouse, 40 Foley Square, Courtroom 905, New York, NY 10007, on a time and date to be determined by the Court, for an Order, pursuant to Rules 5225 and 5227 of the New York Civil Practice Law & Rules ("**CPLR**"), made applicable under Federal Rule of Civil Procedure 69(a), compelling IBL Bank S.A.L. ("**IBL**" or "**Garnishee**") to turn over certain funds and intangible property rights that are, or that were at all times material to this Motion, in its possession and in which Defendants/Judgment Debtors Sirwan Saber Mustafa ("**Mr. Barzani**"), Korek

Telecom Company LLC ("**Korek**"), and Korek International (Management) Limited ("**CS Ltd.**," and collectively, "**Judgment Debtors**") have an interest and for such other and further relief the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(b), papers in opposition, if any, shall be served within 14 days of the date of service of this motion on Garnishee's counsel, and Plaintiff's papers in reply shall be served within 7 days thereafter.

DATED: October 20, 2025          Respectfully submitted,

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP


By:    *s/ Kristin N. Tahler*
      Kristin N. Tahler
      865 S. Figueroa St., 10th Floor
      Los Angeles, CA 90017
      Tel: 213-443-3000
      kristintahler@quinnemanuel.com

      Dennis Hranitzky
      295 Fifth Avenue
      New York, NY 10016
      Tel: 212-849-7000
      dennishranitzky@quinnemanuel.com

      Alex H. Loomis (*pro hac vice* pending)
      111 Huntington Ave, Suite 520
      Boston, MA 02199
      Tel: 617-712-7100
      alexloomis@quinnemanuel.com

      Gregg Badichek
      1300 I Street NW Suite 900
      Washington, D.C. 20005
      Telephone: (202) 538-8000
      greggbadichek@quinnemanuel.com

      *Counsel for Plaintiff Iraq Telecom Limited*