**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IRAQ TELECOM LIMITED,<br><br>      *Plaintiff,*<br><br>   -v-<br><br>SIRWAN SABER MUSTAFA, KOREK TELECOM COMPANY LLC, AND KOREK INTERNATIONAL (MANAGEMENT) LIMITED,<br><br>      *Defendants,*<br><br>   *and*<br><br>IBL BANK S.A.L.,<br><br>      *Garnishee.* | Civil Action No. 1:25-mc-00077<br><br>Hon. Dale E. Ho<br><br><br>**ORDER GRANTING**<br>**MOTION TO WITHDRAW**<br>**AS COUNSEL** |

Upon the motion by Plaintiff for an order pursuant to Local Civil Rule 1.4 for leave to withdraw as attorney of record for Iraq Telecom Limited; and whereas Alexander Loomis, Dennis Hranitzky, Kristin Tahler, and Debra O'Gorman, with Quinn Emanuel, shall remain counsel of record for Plaintiff and for good cause shown,

 **IT IS HEREBY SO ORDERED THAT,** the motion is hereby **GRANTED** and Mr. Badichek is hereby granted leave to withdraw as counsel of record for Plaintiff Iraq Telecom Limited; and

 **IT IS HEREBY FURTHER SO ORDERED THAT,** the Clerk of the Court is hereby respectfully requested to terminate Mr. Badichek from this matter and cease to send him notices.

Dated December 22, 2025.

         _____

         Hon. Dale E. Ho