

**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7220**

WRITER'S EMAIL ADDRESS
debraogorman@quinnemanuel.com

December 30, 2025

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Iraq Telecom Limited v. Sirwan Saber Mustafa, et al.* (1:25-mc-00077-DEH)

Dear Judge Ho:

We are counsel for Plaintiff Iraq Telecom Limited ("**Iraq Telecom**") in the above-referenced action. We write to respectfully request an extension to and including January 7, 2026, to file a response to the Letter-Motion to Seal (the "**Motion to Seal**") filed by Garnishee IBL Bank S.A.L ("**IBL**") [Dkt. No. 32]. IBL consents to this request.

Iraq Telecom's response is currently due December 30, 2025. No previous extension of the deadline has been requested.

This modest extension of 8 days is necessary to allow Iraq Telecom and IBL an opportunity to meet and confer after the New Year holiday to attempt to narrow issues related to IBL's Motion to Seal. The extension will not impact any other scheduled deadlines or conferences in this case.

Wherefore, Iraq Telecom respectfully requests an extension, to and including January 7, 2026, to file a response to IBL's Motion to Seal.

**Application GRANTED nunc pro tunc. The deadline is extended to January 7, 2026. The Clerk of Court is respectfully directed to terminate ECF No. 43.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: December 31, 2025
New York, New York

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

2

We thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Debra O' Gorman*
Debra O'Gorman

cc: All Counsel of Record via ECF