

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C.  20037

O    +1 202 457 6000
F    +1 202 457 6315
squirepattonboggs.com


Gassan A. Baloul
T    +1 202 457 6155
gassan.baloul@squirepb.com

February 4, 2026


**VIA ECF**

The Honorable Dale E. Ho
United States District Judge
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

*Re: Iraq Telecom Limited v. Mustafa et al.*, **No. 1:25-mc-00077-DEH**

Dear Judge Ho:

On behalf of Garnishee-Defendant IBL Bank S.A.L. ("IBL"), pursuant to Federal Rule of Civil Procedure 5.2 and Rule 6 of Your Honor's Individual Rules of Practice, and in response to Iraq Telecom Limited's ("IT") Letter Motion dated January 30, 2026 (Dkt. 50), IBL respectfully submits this letter-motion requesting an order granting IT leave to file under seal (1) IT's Reply Memorandum in Support of its Motion for a Turnover (Dkt. 56), (2) the Declaration of Hon. Marwan Karkabi (Dkt. 54), and (3) the Declaration of Dennis H. Hranitzky (Dkt. 52), along with exhibits 6 and 7 thereto (Dkt. 53-6 and 53-7) (collectively, the "Reply Documents").

As explained in IBL's Letter Motion for Leave to File Under Seal, (Dkt. 32), good cause warrants leaving redacted the confidential information in the Reply Documents.  Specifically, the information to be filed under seal consists of the confidential financial information of the "Judgment Debtors" in this case, as well as IBL's own sensitive information, including its global liquidity amounts, compliance efforts with Banque du Liban Circulars, and other proprietary information.  *See, e.g.*, *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1226 (Fed. Cir. 2013) ("Considering the parties' strong interest in keeping their detailed financial information sealed and the public's relatively minimal interest in this particular information, we conclude that the district court abused its discretion in ordering the information unsealed.").  This is the type of "sensitive information" and "information requiring 'caution'" for which no court approval to redact is required, such as financial account numbers, individual financial information, and proprietary information.  *See* Rule 6.B. of Individual Rules and Practices in Civil Cases.  IT has not opposed IBL's request that this information remain sealed.

48 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information

Squire Patton Boggs (US) LLP                                    The Honorable Dale E. Ho
                                                               February 4, 2026
**VIA ECF**

       IBL further agrees with IT that the "Arbitration Documents" (exhibits 6 and 7 to the Hranitzky Declaration, incorrectly identified as exhibits 8 and 9 in IT's letter motion) should be filed under seal as they are governed by a confidentiality provision in the arbitration's Term of Reference.

       For the foregoing reasons, IBL respectfully request that the Court grant IT's Letter Motion for Leave to File Under Seal (Dkt. 50).  In the alternative, IBL requests an opportunity to more fully address the merits of the motion to seal if further briefing would aid the Court's decision.

Very truly yours,

Squire Patton Boggs (US) LLP


*/s/ Gassan A. Baloul*
Gassan A. Baloul