UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Iraq Telecom Limited,

Plaintiff(s),

v.

Mustafa et al,

Defendant(s).

25-MC-77 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court will hold a virtual conference in this matter on August 6, 2026 at 3:00 p.m. The parties should join the conference by dialing (646) 453-4442 and entering the conference ID: 820 853 11, followed by the pound sign (#).

SO ORDERED.

Dated: July 29, 2026
New York, New York

DALE E. HO
United States District Judge