UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Iraq Telecom Limited,<br>Plaintiff(s),<br>v.<br>Mustafa et al,<br>Defendant(s). | 25-MC-77 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Due to a scheduling conflict, the virtual conference in this matter is adjourned to August 6, 2026 at 4:00 p.m. The parties should join the conference by dialing (646) 453-4442 and entering the conference ID: 820 853 11, followed by the pound sign (#).

SO ORDERED.

Dated: August 3, 2026
New York, New York

DALE E. HO
United States District Judge