UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Iraq Telecom Limited,

Plaintiff(s),

v.

Mustafa et al,

Defendant(s).

25-MC-77 (DEH)

ORDER

DALE E. HO, United States District Judge:

For the reasons stated on the record at today's conference, the Motions to Seal are GRANTED. The Clerk of Court is respectfully directed to terminate ECF Nos. 32 and 50.

SO ORDERED.

Dated: August 6, 2026
New York, New York

DALE E. HO
United States District Judge